For your understanding, this is a course on the type of medicine I represent, and it is called SFBSC Management. Before all else, just let me say today that this article arises from the file of the National Tribunal of Arbitration. It is a record of evidence that the provisions of the arbitration agreement were substantively unconstitutional. It found that three aspects of any individual arbitration agreement was substantive to the context. Substantive model of procedural approachability, and the court did not have much to do at all on those three points. The party's hopes are raised in our case, of course, in the proceeding of SFBSC as a non-subitorial to the arbitration agreement. In this case, enforcing the course and the hearing on the motion is needed to stop the advancing of the generalities in regard to the damages assessed in the court's ruling. So let me take a quick question on this. As I understand it, this case was defined on the foundations of the trade which are fairly unconstitutional. But it seems to me a record where we've seen vigorously misused the allegations in this case. So there's a little bit of literature that indicates the position on here that the record is clearly not. Well, Your Honor, it seems to me that the position that Chief Colonel Bush sets in the case is either an alter ego or an agent in principle. It's not the employer. But it's the institutions that allow for the non-subitoriality of their case. First, the arbitration agreement. Then there's the arbitrator's case, which sets forth that the court was obliged to stay in the contract. And I believe that it is, yes, it was expected to be a record. But it seems to me that this is not the case. Well, Your Honor, I'm going to use a mistake in this case. There used to be a lot of invitations to the hearing. We have seen the names on patrols being reversed. There's no possible jury in the case. There's no invitations to the hearing. I don't think that's the case. I don't think that's the case. Thank you. That is so long. Your Honor, I think it is the agency's decision. Although, as you know, it's going to be on the basis that the agency will assert that its positioning is non-subitorial, that the corporation will submit the agency to the end, and the agency will respond to it in court, essentially, routinely, but only as an agency relationship. And it's unclear that it is set forth in the complaint. There are a variety of instances that support the notion that the agency is the agent of an interruption. There are explanations that the agency holds false testaments, or that the agency is held by the agency in respect to providing administrative services. These are, of course, contract administration and payroll administration, and there are many other additional services that the agency committees have been proposed to provide, but there are extended courts that, as you know, are all on the support of the agency relationship, or the agency relationship. Your Honor, I'm not sure if you're part of any of those claims. So, does the agency believe that the agency is the agent of an interruption? No, Your Honor. It's not a contract. They're just claims. Well, what we would be saying, Your Honor, is that the agency is the agent of the cross-agency relationship. They contract with the agency. And, therefore, under most cases, people work long-term engagements, or serve in incapacity as an agent, as an agent enforces arbitration agreements in contract. And there are some cases that there are a lot of different ways that an agency works. But, for example, the Britain case set up that a defendant was alleged to be an agent of some sort, and that's because their license was to enforce the contract on this basis. And then the officers argued in their case that in Britain, the court ruled that they didn't have a voice. So, ultimately, if the client is the non-secretory agent, or else from or related to the contract, and Britain is to stand for the proposition that the contractor serves in contract, and, therefore, engages in enforcing arbitration agreements, the arbitration agreements in Britain, specifically set up to identify and enforce these agreements arising out of or relating to the contract, the arbitration agreements in Britain, and, therefore, the client is to engage in obstruction. And, possibly, in case of a court-acquired arbitration, the client decides that he doesn't wish to enter into an arbitration contract, they were agreed, and he agrees in publishing. What you need to know, however, is that the occasions in which these cases arise is close when mentioning the client's institution of interest. So, it's a matter of fact that they're not close to the institution of interest. Well, that's where I would compare it to. What I would believe is to go on and be contrary to the concept that the court is the best trade-off for the good and plentiful notions that you're seeing, and that those are one and the same, and there are other associations, but there are also other associations. So, I think that's just our concern, that they understand each other. But, of course, the contrary to the basic concept, you are arguing that understanding is a case, because understanding often can be difficult. Sometimes people talk to other agencies, and I've seen some really interesting articulations on how much that means to each organization, and providing that kind of services. But, in part, the allegations that we're treating them to as sort of false allegations, and you should not use the form of agency under whether you're a client or not. It's allegations that we see clearly create the Asian and American-Asian relationship, where American-Americans receive the services of the Asian-Asian community, in their own name, as opposed to the American-Asian community. And, you're messaging states that you are a focus of all of the Asian-Asian communities, and it's all just a stream of Washington, D.C., and other states in the Asian-Pacific area. Well, what I would say is that the allegations of the nature of the relationship are somewhat in the gerrymandering, and I don't have any more insights into that. I apologize for that, Your Honor. But, what I would say is that the nature of the services that are provided, and I think the Intervention Institute, at least, has ended the false concept of an agency, to provide certain administrative and administrative services, and the nature of your sort of relationship is one that recommends not retaining the management company, which is a very cynical relationship that exists. Perhaps it has to do, as was referenced in the first law, some sort of stress rules on your end. There's a standard of practice where these entities retain management companies to provide certain services, and this certainly exists in the relationship of that. If the entity that is representing the management company is involved over the provision of the services, it is only by virtue of the agency to provide these services. That's why it's presented in the record, is that there is a contractual relationship between the constant market, and the agency in the other hand, to provide this portfolio of management services, which are entities that have been deemed in a variety of cases, and to constitute an agency on the issue. And, for example, there's a slur over services, powers, and cases, which I don't know if you've heard in the Supreme Court court filings that specifically called for a very difficult description of services and the actual purposes of it. That's because the law, the management company, was an agent of the business enterprise agency. And the agency said, if you call this company, or this entity, you can see that this is not an entity. Let's assume that in order for the agency to be a successful entity, you'd have to have been an agency. So, you see, in my case, the Supreme Court has said, it's not that we are an entity, and we're going to therefore trigger your cross faction, but if we are, we have the authority to end up in arbitration courts. Is that something that is part of the situation with our position? I do not know. I think the more compelling allegations you can confront on the other side of the argument, I think, is that the agency has some kind of relationship with these type of persons. And as a result, so if we are an altering, if we are an altering original religion, then we have a right to raise their objection, of course. But if you compare it to your ethical state, on the individual level, I mean, I would say it may or may not be an allegation to the police, and this is what we're required to do, but we're required to do it. There's no allegations in the question of whether an entity is an altering religion, or whether it is a strictly religious religion, in terms of the allegations. And I think it's fair to say that this very early stage of the case, the facts of record, it is, as far as I know, the court believes, in addition to that, would be necessary, it's the rule of the institution, I think, of the court, to prevent an instance, as far as I know, of an alteration. An alteration. I will say that, I think we're on various, I believe, international, and other partner courts. I mean, I suppose this is the case, that the federal courts look to state and court law in terms of the circumstances for each of the non-statutory, and, of course, the arbitration demands, and the fines and exteriors of our cases, and basically, the state court can do nothing more than look at the incomes and look at the arbitration demands, and then, of course, the court can include, there are allegations of, you know, as a group versus various units, or agents, even statutes, versus a bunch of students, and, the analysis is a case, and it needs a non-statutory, and then, if it needs a statute, we've seen, obviously, of course,  and, there's no need to, it's, I mean, there's no need to, and so, I think, the court is in a position to set questions and substance issues, and, there's simply no deadlines that an attorney can meet for the, for the finishing work here. You need to talk to him early because of course,  his or her work and, so, generally,  choices and there're no settlement agreements or, um, first, is that when you're trying to develop a non-partisan arbitration process, it's called non-partisan arbitration because there's a special funding on your case and it's also called non-partisan arbitration because arbitration policy and your arbitration policy are different and   lot different than the ultimate arbitration policy.  non-partisan arbitration is a non-partisan policy because there's a split between the non-partisan policy and the ultimate arbitration which            which is a split between the non-partisan policy and the ultimate arbitration which is a split between the non-partisan policy and the ultimate arbitration  is a  between the non-partisan policy and the ultimate arbitration which is a split between the non-partisan policy and the     king           to debate a lot about rules and responsibilities of the law which is a split between the non-partisan movement to stand for our constitutional rights and our constitutional rights  ARA and are set down by Lord and Queen had been dead for a ges since the start of the revolution.         people to fight against us. There is no conspiracy to try to get the people to fight against us. The   the international council decided to change the strategy was precisely that all the different kinds of multicultural activities  not   with the international strategy. The international council decided to change the strategy was precisely that all the different kinds of multicultural activities were precisely that   different      specific to the abundant resources available because they now were more rare than before. The other thing is that there is not an increased need at this point. And one of the benefits is that if you are interested in developing a mobile device, you look at the number of mobile devices available in the United States,   look at the number of devices available in the United States, you look at the     United States, you   number of devices devices available in the  States,
judges: Silverman, Nguyen, Garbis